IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREG RICHARDSON, DEBORAH ) <br> RICHARDSON, and ROBERT RICHARDSON, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, d/b/a ) <br> United States Postal Service, ) <br> ) <br>     Defendant. ) | Civil No. 3:12-0368 <br> Judge Trauger |

## O R D E R

It seems apparent to the court that this case did not settle in mediation before the Magistrate Judge. Therefore, by separate order, the trial is being reset for Thursday, May 15, 2014, at 9:00 a.m.

It is hereby **ORDERED** that the defendant shall respond to the Plaintiffs' First Motion in Limine Regarding Licensure Status (Docket No. 16), which has been pending since July of last year, by March 24, 2014. All other motions in limine should be filed in accordance with the Order Resetting Bench Trial.

It is so **ORDERED.**

ENTER this 13th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge