IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GREG RICHARDSON, DEBORAH RICHARDSON, and ROBERT RICHARDSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:12-0368 |
| | ) | Judge Trauger |
| UNITED STATES OF AMERICA, d/b/a United States Postal Service, | ) ) ) | |
| Defendant. | ) | |

## **O R D E R**

The Joint Motion to Continue Trial And For Briefing Schedule On Partial Summary Judgment (Docket No. 34) is **GRANTED**. The following are hereby **ORDERED**:

1. The bench trial scheduled for May 15, 2014 and the pretrial conference for May 9, 2014 are **CONTINUED**, to be reset, if appropriate, upon later order of the court.

2. The defendant shall file a motion for partial summary judgment as to medical expenses by March 21, 2014, and the plaintiff shall respond to that motion by May 9, 2014. The defendant may file an optional reply by May 19, 2014.

3. The Clerk shall **TERM** the pending Motion in Limine (Docket No. 16), which motion may be re-filed in accordance with the deadline for the filing of motions in limine in any future order resetting the bench trial.

It is so **ORDERED**.

ENTER this 18th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge