IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

GREG RICHARDSON,
DEBORAH RICHARDSON, and
ROBERT RICHARDSON

    Plaintiffs,

v.

UNITED STATES OF AMERICA

    Defendant.

Civil No: 3:12cv368

Judge Trauger
Magistrate Judge Bryant

## PLAINTIFFS' MOTION TO SUBSTITUTE EXHIBITS

Plaintiffs, Greg Richardson, Deborah Richardson and Robert Richardson, move this Court for an order granting leave to substitute two exhibits (Docket Nos 41-3 and 41-5) to the Affidavit of John Harris (Docket 41). The referenced exhibits 3 and 5 are letters exchanged between the parties that have specific settlement amounts mentioned therein. Plaintiffs' counsel inadvertently uploaded into the ECF system the non-redacted copies of those letters. Attached to this motion as exhibits are the same letters which have had the amounts of the settlement demands redacted.

    Respectfully submitted:

/s/ John I. Harris III
John I. Harris III - 12099
Theresa J. Neisen Maniatis - 30433
Schulman, LeRoy & Bennett PC
501 Union Street, 7th Floor
PO Box 190676
Nashville, Tennessee 37219
(615) 244-6670
jharris@slblawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has served through the Court's ECF system on

1