**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **GREG RICHARDSON, DEBORAH** | ) | |
| **RICHARDSON, and ROBERT RICHARDSON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 3:12-0368** |
| | ) | **Judge Trauger** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons discussed in the accompanying Memorandum, the defendant's Motion for

Partial Summary Judgment (Docket No. 36) is **DENIED**, and the plaintiffs' Motion to Amend

the Complaint (Docket No. 42) is **DENIED AS MOOT**.

It is so **ORDERED**.

Enter this 5th day of September 2014.

_____
ALETA A. TRAUGER
United States District Judge